*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

BENJAMIN BROWN,

       Plaintiff-Appellant,

v

MICHELLE BROWN,

       Defendant-Appellee.

FOR PUBLICATION
April 9, 2020

No. 350576
Monroe Circuit Court
Family Division
LC No. 19-040077-DM

Before: RONAYNE KRAUSE, P.J., and K. F. KELLY and TUKEL, JJ.

K. F. KELLY, J. *(concurring).*

      I concur in the result only.

                                      /s/ Kirsten Frank Kelly